# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSCAR KYLES, JR.; AND YVONNE
KYLES,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
and
SATICOY BAY, LLC, SERIES 10605
SAN BELLACOVA,
Real Party in Interest.

No. 71190

FILED

SEP 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or, alternatively, prohibition challenging district court orders issuing a writ of restitution and denying a motion for reconsideration. Petitioners have also filed an emergency motion for stay. Having considered the documents and arguments presented in this matter, we conclude that our

16-27513

extraordinary intervention is not warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 NP.3d 840, 844 (2004). Accordingly, we ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                             Pickering

cc:    Hon. Joseph Hardy, Jr., District Judge
       Patricia A. Marr
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

---

[1]The motion for stay is denied as moot.